# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-02099-APG-NJK |
| Plaintiff, | |
| v. | **ORDER DEEMING SHOW CAUSE ORDER SATISFIED** |
| AZURE ESTATES OWNERS ASSOCIATION, INC., *et al.*, | |
| Defendants. | |

In light of the response to the order to show cause (ECF No. 13),

IT IS ORDERED that the order to show cause (ECF No. 6) is deemed satisfied and this case will not be dismissed for lack of subject matter jurisdiction.

DATED this 11th day of October, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE